PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
JAMES LLEWELLYN

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501
kathy.gao@morganlewis.com

Attorneys for Defendants
CENTRO WATT PROPERTY OWNER II, LLC and
BRIXMOR PROPERTY GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LLEWELLYN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVYS RESTAURANTS, LLC; REAL MEX RESTAURANT, INC.; RM CHEVYS, LLC; CENTRO WATT PROPERTY OWNER II, LLC; BRIXMOR PROPERTY GROUP, INC.; AND DOES 1-20, INCLUSIVE,<br><br>    Defendants. | Case No. 3:18-cv-01747-EMC<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS CENTRO WATT PROPERTY OWNER II, LLC AND BRIXMOR PROPERTY GROUP, INC. TO RESPOND TO PLAINTIFF JAMES LLEWELLYN'S COMPLAINT**<br><br>**[Civil L.R. 6-1(a)]**<br><br>Complaint Served:  March 30, 2018<br>Current Response Date:  May 9, 2018<br>New Response Date:  May 16, 2018 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 97123538.1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:18-CV-01747-EMC

1  Pursuant to Civil L.R. 6-1(a), Plaintiff James Llewellyn ("Plaintiff") and Defendants
2  Centro Watt Property Owner II, LLC and Brixmor Property Group, Inc. (collectively,
3  "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties") hereby
4  stipulate to extend Defendants' time to respond to Plaintiff's Complaint ("Complaint") as
5  follows:

6  WHEREAS, Plaintiff filed his Complaint on March 21, 2018;

7  WHEREAS, Plaintiff served his Complaint on Defendants on March 30, 2018;

8  WHEREAS, through the Parties' prior stipulation, Defendants' current responsive
9  pleading deadline is May 9, 2018;

10  WHEREAS, the Parties' respective counsel have met and conferred and stipulated to an
11  extension of time for Defendants to respond to Plaintiff's Complaint; and

12  WHEREAS, pursuant to Civil L.R. 6-1(a), this Stipulation is effective without a court
13  order because it extends Defendants' time within which to answer or otherwise respond to the
14  Complaint and does not alter any event or any deadline already fixed by the Court;

15  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the
16  Parties' respective counsel as follows:

17  Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be
18  extended to May 16, 2018.

19  Dated: May 7, 2018                            LAW OFFICES OF PAUL L. REIN

         May 8, 2018

                                                 By   /s/ Aaron M. Clefton
                                                      Aaron M. Clefton
                                                      Attorney for Plaintiff
                                                      JAMES LLEWELLYN

23  Dated: May 7, 2018                            MORGAN, LEWIS & BOCKIUS LLP

                                                 By   /s/ Kathy H. Gao
                                                      Kathy H. Gao
                                                      Attorney for Defendants
                                                      CENTRO WATT PROPERTY OWNER II,
                                                      LLC and BRIXMOR PROPERTY GROUP,
                                                      INC.

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 97123538.1

1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
CASE NO. 3:18-CV-01747-EMC

**FILER'S ATTESTATION**

I, Kathy H. Gao, am the ECF user whose identification and password are being used to file this Stipulation on behalf of Defendants CENTRO WATT PROPERTY OWNER II, LLC and BRIXMOR PROPERTY GROUP, INC. and Plaintiff JAMES LLEWELLYN.  In compliance with L.R. 5-1(i)(3), I hereby attest that Aaron M. Clefton concurs in this filing.

Dated:  May 7, 2018                     MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendants
CENTRO WATT PROPERTY OWNER II, LLC and BRIXMOR PROPERTY GROUP, INC.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB1/ 97123538.1

2

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
CASE NO. 3:18-CV-01747-EMC